UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60626-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG CORPORATION d/b/a
SAMSUNG PLEOMAX AMERICA,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Stipulation of Dismissal With Prejudice as to Defendants Samsung Electronics America, Inc. and Samsung Corporation d/b/a Samsung Pleomax America. The Court having reviewed the records and being otherwise advised in the premises, it is

**ORDERED** and **ADJUDGED** that this case is **dismissed with prejudice**. The Clerk is directed to **CLOSE** this case forthwith and all pending motions are **DENIED** as moot. Each party will bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of November, 2006.

*Cecilia M. Altonaga*

CECILIA M. ALTONAGA

UNITED STATES DISTRICT JUDGE

cc:   counsel of record